UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**CHINDA TITH**,

        Plaintiff,

        v.

**MICHAEL J. ASTRUE**, Commissioner,
Social Security Administration,

        Defendant.

Civil Case No. 3:12-CV-00528-KI

JUDGMENT

    Merrill Schneider
    Schneider Kerr Law Offices
    P. O. Box 14490
    Portland, Oregon  97293

        Attorney for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

    Adrian L. Brown
    Assistant United States Attorney
    1000 SW Third Avenue, Suite 600
    Portland, Oregon  97201-2902

    Willy M. Le
    Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    701 Fifth Avenue, Suite 2900 M/S 221A
    Seattle, Washington  98104-7075

        Attorneys for Defendant

KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for rehearing.

    Dated this ____24th____ day of April, 2013.

                                    _/s/ Garr M. King_____
                                    Garr M. King
                                    United States District Judge