UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**CHINDA TITH**,  Civil Case No. 3:12-CV-00528-KI

      Plaintiff,

      JUDGMENT

      v.

**MICHAEL J. ASTRUE**, Commissioner,
Social Security Administration,

      Defendant.

    Merrill Schneider
    Schneider Kerr Law Offices
    P. O. Box 14490
    Portland, Oregon  97293

        Attorney for Plaintiff

    S. Amanda Marshall
    United States Attorney
    District of Oregon

Page 1 - JUDGMENT

Adrian L. Brown
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97201-2902

Willy M. Le
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington  98104-7075

    Attorneys for Defendant


KING, Judge:

    Based on the record,

    The decision of the Commissioner is hereby REVERSED, and this case is REMANDED to the Commissioner for rehearing.

    Dated this    24th    day of April, 2013.


                          /s/ Garr M. King
                          Garr M. King
                          United States District Judge